AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Central    District of    Illinois

| | |
|---|---|
| Gina Champion-Cain | ) |
| *Petitioner* | ) |
| v. | )  Civil Action No.    1:26-cv-01001-JEH |
| Warden of Pekin FCI | ) |
| *Respondent* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:    Petitioner Gina Champion-Cain's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DENIED.
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge    Jonathan E Hawley _____ on a Petition for    Writ of Habeas
Corpus _____ .

Date: _____ 03/16/2026 _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*